1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BARAJAS, MARVIN TEJEDA, JESUS JIMENEZ, EDER JIMENEZ and JORDAN PAYAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, ALVAREZ, and DOES 1-30,<br><br>Defendants. | CASE NO. CV08-3099 (SHx)<br>Assigned for All Purposes to:<br>Hon. Otis D. Wright II<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>*(For Determination By Magistrate Judge Stephen J. Hillman)* |

///

1
ORDER RE STIPULATED PROTECTIVE ORDER

## **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

After full consideration, the requested protective order is hereby issued, with all parties bound by the Agreement to be Bound by Confidentiality Stipulation, attached as Exhibit A to the Stipulation and Protective Order.

DATED: November 12, 2009      / S /

_____
*Hon. Stephen J. Hillman*
*Magistrate Judge of the United States*
*District Court*